**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60856-RAR**

**AMANDA FISCHER**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**CENTRALSQUARE TECHNOLOGIES, LLC**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Final Mediation Report [ECF No. 38], filed on October 14, 2021, indicating that the parties have reached an agreement to resolve this matter. The Court having carefully reviewed the file, the Report, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** from the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of October, 2021.

                                                        **RODOLFO A. RUIZ II**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record