**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60856-RAR**

**AMANDA FISCHER**, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**CENTRALSQUARE TECHNOLOGIES, LLC**,

      Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 45] filed on December 14, 2021.   Being fully advised, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record